**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 19-05025-01-CR-SW-RK |
| Plaintiff, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) <br> NMT 10 Years Imprisonment |
| v. | NMT $250,000 Fine <br> NMT 3 Years Supervised Release |
| **LENG LEE,** <br> [DOB: 06/15/1983] | Class C Felony |
| Defendant. | $100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

On or about April 23, 2019, said date being approximate, in Newton County, in the Western District of Missouri, the defendant, **LENG LEE**, having been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, firearms and ammunition, including a Glock Model 20, 10mm caliber pistol, bearing serial number BDMX790; a Glock Model 19, 9mm caliber pistol, bearing serial number BGXP304; a Glock Model 19, 9mm caliber pistol, bearing serial number WWV406; and numerous rounds of ammunition, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

*/s/ Katherine Bakesz*
**FOREPERSON OF THE GRAND JURY**

*/s/ Patrick Carney*
**PATRICK CARNEY**
Ks. Bar # 20254
Assistant United States Attorney

DATED: 05/07/2019